IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNATRAX CORPORATION, | ) | Case No. 03-11402 (KG) |
| | ) | |
| Reorganized Debtor. | ) | |

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN
THE RECORD OF APPEAL AND STATEMENT OF ISSUES REGARDING
ORDER DENYING MOTION OF ONEX AMERICAN HOLDINGS, LLC
FOR ORDER REOPENING CHAPTER 11 CASE FOR LIMITED PURPOSE**

Appellant Onex American Holdings, LLC ("Onex American"), by and through its undersigned counsel, Cozen O'Connor and Paul, Weiss, Rifkind, Wharton & Garrison LLP, pursuant to Federal Rule of Bankruptcy Procedure 8006 in connection with its Notice of Appeal (Docket No. 1768 filed on April 26, 2007 (the "Appeal")) of the Order dated April 16, 2007 denying the Motion of Onex American for Order Reopening Chapter 11 Case for Limited Purpose (the "Motion to Reopen") entered by the United States Bankruptcy Court for the District of Delaware, Judge Kevin Gross (Docket No. 1766) (the "Order"), sets forth this Designation of Items to be included in the record of Appeal and Statement of Issues as set forth below.

The following items were filed in the proceedings of *In re Magnatrax Corporation*, Case Number 03-11402 (KG):

| Appeal Record No. | Filing Date | Docket Number | Pleading |
|---|---|---|---|
| 1 | 03/12/2007 | 1737 | Motion to Approve an Order Enforcing Chapter 11 Plan (related document 694). (Attachments: #1 Notice #2 Exhibit A (Proposed Form of Order) #3 Certificate of Service). |

Doc #:NY7:401374.1

| Appeal Record No. | Filing Date | Docket Number | Pleading |
|---|---|---|---|
| 2 | 03/12/2007 | 1738 | Appendix to Motion of Onex American Holdings LLC for Order Enforcing Chapter 11 Plan (related document 1737). (Attachments: #1 Tab 1 #2 Tab 2 #3 Tab 3, part 1 of 8 #4 Tab 3, part 2 of 8 #5 Tab 3, part 3 of 8 #6 Tab 3, part 4 of 8 #7 Tab 3, part 5 of 8 #8 Tab 3, part 6 of 8 #9 Tab 3, part 7 of 8 #10 Tab 3, part 8 of 8 #11 Tab 4 #12 Tab 5 #13 Tab 6 #14 Tab 7, part 1 of 2 #15 Tab 7, part 2 of 2 #16 Tab 8 #17 Tab 9 #18 Tab 10 #19 Tab 11 #20 Tab 12, part 1 of 2 #21 Tab 12, part 2 of 2 #22 Tab 13, part 1 of 5 #23 Tab 13, part 2 of 5 #24 Tab 13, part 3 of 5 #25 Tab 13, part 4 of 5 #25 Tab 13, part 5 of 5 #27 Tab 14, part 1 of 2 #28 Tab 14, part 2 of 2 #29 Tab 15 #30 Tab 16). (Entered: 03/12/2007). |
| 3 | 03/14/2007 | 1739 | Motion to Reopen Chapter 11 Case (related document 1737). (Attachments: #1 Proposed Form of Order #2 Exhibit A #3 Certificate of Service). |
| 4 | 03/20/2007 | 1749 | Objection to Motion to Approve an Order Enforcing Chapter 11 Plan (related document 1737). (Attachments: #1 Exhibit A #2 Exhibit B #3 Exhibit C #4 Certificate of Service). |
| 5 | 03/20/2007 | 1750 | Objection to Motion for Order Reopening Chapter 11 Case (related document 1739). (Attachment: #1 Certificate of Service). |
| 6 | 03/22/2007 | 1753 | Reply of Onex American Holdings, LLC to Objection of Magnatrax Litigation Trust and in Further Support of Motion for Order Enforcing Chapter 11 Plan (related document 1737). (Attachments: #1 Exhibit A #2 Exhibit B #3 Exhibit C #4 Exhibit D #5 Certificate of Service). |

Doc #:NY7:401374.1

| Appeal Record No. | Filing Date | Docket Number | Pleading |
|---|---|---|---|
| 7 | 03/22/2007 | 1754 | Reply in Further Support of Motion of Onex American Holdings, LLC for Order Reopening Chapter 11 Case for Limited Purpose (related document 1739). (Attachment: #1 Certificate of Service). |
| 8 | 04/11/2007 | 1762 | Motion for Leave to file Supplemental Reply to Objection of the Magnatrax Litigation Trust and in Further Support of Motion for Order Enforcing Chapter 11 Plan. (Attachments: #1 Exhibit A (Supplemental Reply) #2 Exhibit B (Proposed Form of Order) #3 Certificate of Service). |
| 9 | 04/16/2007 | 1765 | Order Granting Motion of Onex American Holdings, LLC For Leave To File Supplemental Reply To Objection of Magnatrax Litigation Trust And In Further Support of Motion For Order Enforcing Chapter 11 Plan (related document 1762). Order Signed on 4/13/2007. (Entered: 04/16/2007). |
| 10 | 04/16/2007 | 1766 | Order Re Motion of Onex American Holdings, LLC, For Order Reopening Chapter 11 Case For Limited Purpose And Motion For Order Enforcing Chapter 11 Plan (related document 1762). Order Signed on 4/16/2007. (Entered: 04/16/2007). |
| 11 | 04/18/2007 | 1767 | Transcript Of Oral Argument Before Honorable Kevin Gross, Held on April 13, 2007 (related documents 1764, 1763). (Entered: 04/18/2007). |
| 12 | 04/26/2007 | 1768 | Notice of Appeal (related document 1766). Filed by Onex American Holdings, LLC (Attachments: #1 Exhibit A #2 Certificate of Service). (Entered: 04/26/2007). |

Doc #:NY7:401374.1

## STATEMENT OF ISSUES

Whether the Bankruptcy Court erred as a matter of law in denying as not "ripe for adjudication" the Motion to Reopen of Onex American for the limited purpose of considering Onex American's motion for an order enforcing the chapter 11 plan of Magnatrax Corporation and its affiliated debtors, where the Litigation Trustee's pending action constitutes a present and ongoing violation of such plan.

Dated: May 2, 2007

COZEN O'CONNOR

_/s/ Mark E. Felger_
Mark E. Felger (No. 3919)
Jeffrey R. Waxman (No. 4159)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000

- and -

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
Alan W. Kornberg
Maria T. Vullo
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

*Counsel for Onex American Holdings, LLC*