

# COZEN
# O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

June 1, 2007

**Jeffrey R. Waxman**
Direct Phone 302.295.2077
jwaxman@cozen.com

**VIA HAND DELIVERY**

The Honorable Sue L. Robinson
Chief Judge
United States District Court
844 North King Street
Wilmington, DE 19801

**Re:   In re Magnatrax Corporation; Case No. 1:07-cv-00263 (SLR)**

Dear Judge Robinson:

     Cozen O'Connor, together with Paul, Weiss, Rifkind, Wharton & Garrison LLP, represents Onex American Holdings, LLC ("Appellant") in the above-referenced appeal pending in the United States District Court for the District of Delaware. On May 18, 2007, Appellant filed a Motion for Leave of Requirements of District Court Standing Order, Dated July 23, 2004, Requiring Mandatory Participation in Mediation Proceedings on Appeal (the "Motion for Leave") [Docket No. 4]. The Motion for Leave was served upon parties in interest contemporaneously with its filing.

     Pursuant to Rule 7.1.2(a)(2) of the Delaware Local Rules of Civil Practice and Procedure, the deadline for any party to answer or otherwise respond to the Motion for Leave was May 29, 2007. No response to the Motion for Leave was filed with the Court, and Appellant did not receive any informal responses to the Motion for Leave. Appellant respectfully requests that the Court consider the entry of an Order granting the Motion for Leave, a copy of which is enclosed herewith, at the Court's earliest convenience.

     Respectfully,

     Jeffrey R. Waxman

JRW:mm
Enclosure

The Honorable Sue L. Robinson
June 1, 2007
Page 2

cc:  Clerk of the Court (hand delivery; w/enc.)
     Christopher P. Simon, Esq.
     Joel A. Waite, Esq.
     Peter Ito, Esq.
     Alan W. Kornberg, Esq.
     Andrew Kress, Esq.
     Richard L. Schepacarter, Esq.
     Catherine L. Steege, Esq.
     *(all via facsimile w/enc.)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> ONEX AMERICAN HOLDINGS, LLC, ) <br> ) <br> Appellant, ) <br> ) <br> v. ) <br> ) <br> RICHARD M. KIPPERMAN, ) <br> ) <br> Appellee. ) <br> ) | Civil Action No. 07-cv-263-SLR |
| In re: ) <br> ) <br> MAGNATRAX CORPORATION, ) <br> ) <br> Reorganized Debtor. ) <br> ) | Chapter 11 <br><br> Case No. 03-11402 (KG) |

## ORDER EXCUSING THE PARTIES FROM THE MEDIATION REQUIREMENTS OF DISTRICT COURT STANDING ORDER, DATED JULY 23, 2004

Upon consideration of the Motion (the "Motion") of Onex American Holdings, LLC for an Order granting the above-captioned parties leave from the Order Regarding Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District, dated July 23, 2004 (the "Mediation Order"), with due notice having been given and all interested parties having been given an opportunity to be heard, and based upon the record in this chapter 11 case, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The above-captioned parties are excused from the mediation requirements of the Mediation Order.

Dated: _____, 2007            _____
                                          Sue L. Robinson
                                          Chief, United States District Court Judge