IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| ONEX AMERICAN HOLDINGS, LLC, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 07-cv-263- SLR |
| ) | |
| RICHARD M. KIPPERMAN, ) | |
| ) | |
| Appellee. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| MAGNATRAX CORPORATION, ) | Case No. 03-11402 (KG) |
| ) | |
| Reorganized Debtor. ) | |
| ) | |

**ORDER EXCUSING THE PARTIES FROM THE MEDIATION REQUIREMENTS OF
DISTRICT COURT STANDING ORDER, DATED JULY 23, 2004**

Upon consideration of the Motion (the "Motion") of Onex American Holdings, LLC for an Order granting the above-captioned parties leave from the Order Regarding Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District, dated July 23, 2004 (the "Mediation Order"), with due notice having been given and all interested parties having been given an opportunity to be heard, and based upon the record in this chapter 11 case, it is hereby ORDERED as follows:

1. The Motion is ~~GRANTED~~ denied, absent a written agreement by the parties that the underlying dispute between the parties which motivated the motion to enforce
2. ~~The above-captioned parties are excused from the mediation requirements~~ of the ~~Mediation Order.~~ is not capable of being resolved through mediation.

Dated: 6/5 , 2007

_____
Sue L. Robinson
Chief, United States District Court Judge