# BIFFERATO GENTILOTTI LLC

*Attorneys at Law*

800 N. KING STREET
PLAZA LEVEL
WILMINGTON, DE 19801

(302) 429-1900
DIRECT DIAL: (302) 429-0907
TELECOPIER: (302) 429-8600

WRITER'S E-MAIL: CBIFFERATO@BGLAWDE.COM

June 21, 2007

**VIA HAND DELIVERY**
**& E-FILE**
The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Lockbox 31
Wilmington, DE 19804

    Re:    ***Onex American Holdings, LLC v. Richard M. Kipperman***
             C.A. No.: 07-cv-263 SLR

Chief Judge Robinson:

       I have been asked by the Court to act as mediator in the above-referenced matter. After exchanging correspondence with Jeffrey Waxman, counsel for the Appellant Onex American Holdings, I have been informed that one of the parties is concerned that I may have a conflict of interest in mediating this matter. I therefore believe that the Court and the parties would be best served by appointment of a different mediator.

       As always, I am available at the convenience of the Court to address any additional questions or concerns that the Court may have.

Respectfully,

Ian Connor Bifferato

cc:    Jeffrey R. Waxman, Esq.
        Christopher P. Simon, Esq.
        Elizabeth Strickler