IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONEX AMERICAN HOLDINGS, LLC,<br><br>　　　　Appellant,<br><br>v.<br><br>RICHARD M. KIPPERMAN,<br><br>　　　　Appellee. | Civil Action No. 07-CV-263 (SLR) |
| In re:<br><br>MAGNATRAX CORPORATION,<br><br>　　　　Reorganized Debtor. | Chapter 11<br><br>Case No. 03-11402 (KG) |

**STIPULATION BETWEEN ONEX AMERICAN HOLDINGS, LLC AND
RICHARD M. KIPPERMAN REGARDING MEDIATION**

WHEREAS, Onex American Holdings, LLC ("Appellant") and Richard M. Kipperman, Trustee of the Magnatrax Litigation Trust, are parties to the above-captioned appeal pending in this Court;

WHEREAS, such appeal relates to matters raised by Appellant's motion for an order enforcing chapter 11 plan of the above-captioned debtor (the "Motion to Enforce");

WHEREAS, on May 18, 2007, Appellant filed its Motion for Leave (the "Motion for Leave") from the Order Regarding Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District, dated July 23, 2004;

WHEREAS, on June 12, 2007, the District Court entered an Order denying the Motion for Leave "absent a written agreement by the parties that the underlying dispute between the

parties which motivated the motion to enforce is not capable of being resolved through mediation";

NOW, THEREFORE, the parties hereto stipulate and agree that the underlying dispute between the parties which motivated the Motion to Enforce is not capable of being resolved through mediation. Accordingly, the parties respectfully request that the Motion for Leave be granted.

Dated: August 24, 2007

| COZEN O'CONNOR | CROSS & SIMON, LLC |
|---|---|
| /s/ Mark E. Felger (No. 3919) | /s/ Christopher P. Simon (No. 3697) |
| Jeffrey R. Waxman (No. 4159) | 913 North Market Street, 11th Floor |
| Chase Manhattan Centre | P.O. Box 1380 |
| 1201 N. Market Street, Suite 1400 | Wilmington, DE 19899-1380 |
| Wilmington, DE 19801 | Telephone: (302) 777-4200 |
| Telephone: (302) 295-2000 | |
| - and - | - and - |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | BAKER & HOSTETLER LLP |
| Alan W. Kornberg, Esquire | Peter W. Ito, Esquire |
| Maria T. Vullo, Esquire | 303 East 17th Avenue, Suite 1100 |
| 1285 Avenue of the Americas | Denver, CO 80203 |
| New York, NY 10019-6064 | Telephone: (303) 861-0600 |
| Telephone: (212) 373-3000 | |
| | - and - |
| *Counsel for Onex American Holdings, LLC* | JENNER & BLOCK LLP |
| | Catherine L. Steege, Esquire |
| | Joel T. Pelz, Esquire |
| | Peter A. Siddiqui,, Esquire |
| | 330 N. Wabash Avenue |
| | Chicago, IL 60611 |
| | Telephone: (312) 222-9350 |
| | |
| | *Counsel for Richard M. Kipperman, Trustee of the Magnatrax Litigation Trust* |