**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:   (302) 425-6410
Fax:     (302) 428-5132
Email:   Poppiti@BlankRome.com

August 31, 2007

Dr. Peter T. Dalleo, Clerk
United States District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

   Re: **In re: Magnatrax Corporation**
     **Case No. 1:07-cv-00263-SLR**

Dear Dr. Dalleo:

As the mediator appointed in the referenced matter, having held a teleconference with counsel for the parties, I believe that mediation of the pending appeal would serve no purpose. I respectfully request that the matter be removed from the mediation docket.

             Yours Respectfully,

             Vincent J. Poppiti

VJP:mcl

cc: Christopher P. Simon, Esquire
   Jeffrey R. Waxman, Esquire

Chase Manhattan Centre  1201 Market Street  Suite 800  Wilmington, DE 19801
www.BlankRome.com

900200.00001/40144309v.1

Delaware  •  Florida  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC  •  Hong Kong