IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>MAGNATRAX CORPORATION,<br><br>        Debtor. | ) Chapter 11<br>) Bk. Nos. 03-11402 (KG)<br>)<br>) |
| ONEX AMERICAN HOLDINGS, LLC,<br><br>        Appellant,<br><br>v.<br><br>RICHARD M. KIPPERMAN,<br><br>        Appellee. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 07-263-SLR<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this 18th day of September, 2007, having received notice from the mediator that mediation was not successful in this case (D.I. 9);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

    1. Appellant's brief in support of its appeal is due on or before **October 17, 2007.**

    2. Appellees' brief in opposition to the appeal is due on or before **November 16, 2007.**

    3. Appellant's reply brief is due on or before **November 30, 2007.**

                                                           /s/ Sue L. Robinson
                                                           United States District Judge