IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ONEX AMERICAN HOLDINGS, LLC,<br><br>       Appellant,<br><br>v.<br><br>RICHARD M. KIPPERMAN,<br><br>       Appellee. | Civil Action No. 07-CV-263 (SLR) |
| In re:<br><br>MAGNATRAX CORPORATION,<br><br>       Reorganized Debtor. | Chapter 11<br>Case No. 03-11402 (KG) |

**ORDER GRANTING MOTION OF ONEX CORPORATION TO INTERVENE**

Upon consideration of the motion of Onex Corporation to intervene as an appellant in this action as a "person aggrieved" by the order on appeal and pursuant to Rule 2018(a) of the Federal Rules of Bankruptcy Procedure (the "Motion"), with due notice having been given and all interested parties having been given an opportunity to be heard, and based upon the record in this chapter 11 case and the Appeal[1] and after considering the arguments, and it appearing that the relief requested is necessary, and after due deliberation and for good and sufficient cause therefor, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.

Doc#: US1:5112501v3

      2. Onex Corporation is hereby allowed to intervene in the above-captioned appeal.

Dated: December __, 2007

                                      _____
                                      Sue L. Robinson
                                      United States District Judge

Doc#: US1:5112501v3