# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ONEX AMERICAN HOLDINGS, LLC, ) | |
| ) | Civil Action No. 07-CV-263 (SLR) |
| Appellant, ) | |
| v. ) | |
| ) | |
| RICHARD M. KIPPERMAN, as Trustee ) | |
| of the MAGNATRAX LITIGATION TRUST ) | |
| ) | |
| Appellee. ) | |
| ) | |
| In re: ) | Chapter 11 |
| MAGNATRAX CORPORATION, ) | |
| Reorganized Debtor. ) | Case No. 03-11402 (KG) |
| ) | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Andrew S. Nicoll to represent the Plaintiff, Richard M. Kipperman, as Trustee of the Magnatrax Litigation Trust, in this matter.

Dated: December 5, 2007         CROSS & SIMON, LLC

By: /s/ Christopher P. Simon
Christopher P. Simon (No. 3697)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
302-777-4200
302-777-4224 (fax)
csimon@crosslaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____         _____
United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission pro hac vice to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: December 4, 2007

_____
Andrew S. Nicoll (IL Bar No. 6283630)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, IL 60611
Tel.: (312) 222-9350